## Freeman, Appellant, *v.* Ajax Foundry Products, Inc.

Argued January 4, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Abraham L. Freedman,* with him *Robert E. Wachs, Louis J. Goffman,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellants.

*Nochem S. Winnet,* with him *Stephen J. Korn, Nathan L. Posner,* and *Fox, Rothschild, O'Brien & Frankel,* for appellees.

OPINION PER CURIAM, March 22, 1960:

The order entered in the court below is affirmed on the opinion of Judge GRIFFITHS, of the Court of Common Pleas No. 1 of Philadelphia County, reported in 20 Pa. D. & C. 2d 128.